# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153238

KYOCERA CORPORATION,
        Plaintiff-Appellant,

v

HEMLOCK SEMICONDUCTOR, LLC,
        Defendant-Appellee.

SC: 153238
COA: 327974
Saginaw CC: 15-025786-CK

_____/

      On order of the Court, the application for leave to appeal the December 3, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016

Clerk

s1116